```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   20 CR 211
     -against-                         :
                                       :   ORDER
      Soto                             :
                                       :
Defendant: Starlyn Soto                :
                                       :
---------------------------------------X
```

Hon. Vernon S. Broderick, United States District Judge:

ORDERED that the condition of home detention enforced with location monitoring be eliminated as a condition of the defendant's bail.

Dated: New York, New York
       April 2, 2020

SO ORDERED

*Vernon Broderick*
Vernon S. Broderick
United States District Judge