<a>
</a>



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2020

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 12/10/2020

The status conference scheduled for December 11, 2020 is hereby adjourned to February 18, 2020 at 12:00 p.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 11, 2020 and February 18, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Starlyn Soto,* 20 Cr. 211 (VSB)

Dear Judge Broderick:

The Government respectfully writes to request a 60-day adjournment of the conference in the above-referenced matter currently scheduled for December 11, 2020.

The parties have continued to have specific conversations about a resolution to this matter, as discussed in filings on September 8, 2020. In light of the ongoing COVID-19 pandemic and the impact that the pandemic has had on the parties' continuing discussions regarding a pre-trial disposition, the parties jointly request that the Court adjourn the upcoming conference for approximately 60 days. For the same reasons, if the Court grants the adjournment, the Government further requests that time be excluded in the interest of justice, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), until the rescheduled conference date. Defense counsel has consented to this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:  /s/ Kedar S. Bhatia
Elinor L. Tarlow
Kedar S. Bhatia
Samuel P. Rothschild
Assistant United States Attorneys
(212) 637-1036 / 2465 / 2504

CC:   Ariel Werner, Esq. (by ECF)
      Christopher Flood, Esq. (by ECF)