**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 26, 2021

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

Re:   United States v. Starlyn Soto, 20 Cr. 211 (VSB)

Honorable Judge Broderick:

    We write on behalf of Starlyn Soto to respectfully request that the Court modify his travel restrictions to permit a visit to his cousin's home in Sunrise, Florida from December 10, 2021 to January 8, 2022. Neither Pretrial Services nor the Government has any objection to this request. Should the request be granted, Mr. Soto will provide his Pretrial Officer, Laura Gialanella, with detailed information about his trip. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Christopher Flood, Esq.
Assistant Federal Defenders
(212) 417-8700

CC:   Elinor Tarlow, Assistant U.S. Attorney
       Kedar Bhatia, Assistant U.S. Attorney
       Samuel Rothschild, Assistant U.S. Attorney
       Laura Gialanella, U.S. Pretrial Officer

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  10/28/2021