

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2022

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 01/18/2022

The status conference scheduled for January 18, 2022 is hereby adjourned to January 25, 2022 at 3:00 p.m.  The adjournment is necessary to permit the parties to complete their discussions related to a pretrial disposition of this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between for January 18, 2022 and January 25, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY CM/ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Starlyn Soto,* **20 Cr. 211 (VSB)**

Dear Judge Broderick:

    The Government respectfully writes, with the consent of defense counsel, to request a one-week adjournment of the conference in the above-referenced matter currently scheduled for January 18, 2022. The Government recently transmitted a written plea offer to defense counsel. The parties expect this matter will be resolved through a pretrial resolution, and believe the additional one-week period is appropriate to give the defendant sufficient time to review the Government's written plea offer.

    For these reasons, if the Court grants the adjournment, the Government further requests that time be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the rescheduled conference date. An adjournment is appropriate to give the parties time to complete their discussions bout a pretrial resolution. Defense counsel consents to this request.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/ Kedar S. Bhatia
    Elinor L. Tarlow
    Kedar S. Bhatia
    Samuel P. Rothschild
    Assistant United States Attorneys
    (212) 637-1036 / 2465 / 2504

Cc:    Ariel Werner, Esq. (by CM/ECF)
        Christopher Flood, Esq. (by CM/ECF)