**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 3, 2022

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

Re: United States v. Starlyn Soto, 20 Cr. 211 (VSB)

Honorable Judge Broderick:

We write on behalf of Starlyn Soto, with the consent of the Government, to respectfully request a 30-day adjournment of the conference in the above-captioned matter, currently scheduled for February 4, 2022. The Government recently provided Mr. Soto with a written plea offer, and he requires additional time to review and discuss the terms of the agreement with counsel.

The parties consent to the exclusion of time under the Speedy Trial Act. Additional time would serve the interest of justice by enabling the parties to achieve a pretrial resolution.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood, Esq.
Ariel Werner, Esq.
Assistant Federal Defenders
(212) 417-8700

CC: Elinor Tarlow, Assistant U.S. Attorney
Kedar Bhatia, Assistant U.S. Attorney
Samuel Rothschild, Assistant U.S. Attorney

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.    02/03/2022

The status conference scheduled for February 4, 2022 is hereby adjourned to March 9, 2022 at 12:00 p.m. The adjournment is necessary to permit the parties to complete their discussions related to a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 4, 2022 and March 9, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.