**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   1/6/23

Re:   United States v. Starlyn Soto, 20 Cr. 211 (VSB)

Honorable Judge Broderick:

  We write on behalf of Starlyn Soto to respectfully request that the Court modify his travel restrictions to permit a visit to his cousin's home in Sunrise, Florida from January 20 to 30, 2023. Mr. Soto visited the same cousin last January without incident. Neither Pretrial Services nor the Government has any objection to this request. Should the request be granted, Mr. Soto will provide his Pretrial Officer, Laura Gialanella, with detailed information about his trip and continue his weekly check-ins with Pretrial while he is away. Thank you for your consideration of this request.

            Respectfully submitted,

            /s/ Ariel Werner
            Ariel Werner, Esq.
            Christopher Flood, Esq.
            Assistant Federal Defenders
            (212) 417-8700

CC: Elinor Tarlow, Assistant U.S. Attorney
    Kedar Bhatia, Assistant U.S. Attorney
    Samuel Rothschild, Assistant U.S. Attorney
    Laura Gialanella, U.S. Pretrial Officer