

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.**   09/14/2023
>
> Mr. Soto's sentencing is scheduled for Tuesday, December 19, 2023 at 2:00 PM.

**BY EMAIL**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, New York 10007

    Re:    *United States v. Starlyn Soto*, S1 20 Cr. 211 (VSB)

Dear Judge Broderick:

    The Government writes, with defense counsel's consent, to respectfully request that the Court schedule a sentencing date for defendant Starlyn Soto, and order the Probation Office to commence its presentence investigation. The defendant previously pleaded guilty but sentencing was not scheduled at that time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Elinor L. Tarlow
    Kedar Bhatia
    Samuel P. Rothschild
    Assistant United States Attorney
    (212) 637-1036 / 2465 / 2504

CC:    Ariel Werner, Esq. (by email)
           Christopher Flood, Esq. (by email)