# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 20, 2023

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/21/2023

Re:   United States v. Starlyn Soto, 20 Cr. 211 (VSB)

Honorable Judge Broderick:

    We write on behalf of Starlyn Soto to respectfully request that the Court modify his travel restrictions to permit a visit to his cousin's home in Sunrise, Florida from November 22 to 28, 2023. Mr. Soto visited the same cousin last January without incident. Neither Pretrial Services nor the Government has any objection to this request. Should the request be granted, Mr. Soto will provide his Pretrial Officer, Laura Gialanella, with detailed information about his trip and continue his weekly check-ins with Pretrial while he is away.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood, Esq.
Assistant Federal Defenders
(212) 417-8700

CC:   Elinor Tarlow, Assistant U.S. Attorney
        Samuel Rothschild, Assistant U.S. Attorney
        Laura Gialanella, U.S. Pretrial Officer