# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 21, 2023

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/22/2023
The sentencing scheduled for December 19, 2023 is hereby adjourned to February 7, 2024 at 11:00 AM.

Re:   *United States v. Starlyn Soto*, 20 Cr. 211 (VSB)

Honorable Judge Broderick:

We write on behalf of Starlyn Soto, with the consent of the Government, to respectfully request that the sentencing hearing in the above-captioned case, currently scheduled for Tuesday, December 19, 2023, be adjourned to Wednesday, February 7, 2024 at 11 A.M. Undersigned counsel recently returned from family leave and is not available to conduct sentencing in December.

Thank you for considering this request.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood, Esq.
Assistant Federal Defenders
(212) 417-8700

CC:   Elinor Tarlow, Assistant U.S. Attorney
      Samuel Rothschild, Assistant U.S. Attorney