Probation Form No. 35

(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Docket No. 20CR00211-001 (VSB)

Starlyn Soto

On April 22, 2024, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Soto has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by  *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Starlyn Soto be granted a one-year reduction in his Supervised Release term with a new maximum expiration date of April 21, 2026.

Date this ___3rd___ day of ___February___, 20 __26__ .

*Vernon Broderick*

Honorable Vernon S. Broderick
U.S. District Judge